UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew E. Roth,<br><br>　　　　　　　　Plaintiff,<br><br>– against –<br><br>Macellum Opportunity Fund LP, *et al.*,<br><br>　　　　　　　　Defendants. | **NOTICE OF**<br>**VOLUNTARY DISMISSAL**<br><br>20-cv-09176-AKH |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Andrew E. Roth, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Macellum Opportunity Fund LP, Macellum Management LP, Macellum Advisors GP, LLC, Ancora Merlin Institutional LP, Ancora Merlin LP, Ancora Catalyst Institutional LP, Ancocra Catalyst LP, Ancora Catalyst SPV I LP, Ancora Catalyst SPV I SPC Ltd, Ancora Advisors LLC, Jonathan Duskin, Frederick DiSanto, and nominal defendant Big Lots, Inc.

Dated: New York, New York
　　　　November 18, 2020

OSTRAGER CHONG FLAHERTY
　& BROITMAN P.C.

By:　　*/S Roberto L. Gomez*
　　　　　Roberto L. Gomez

437 Madison Avenue, 24th Floor
New York, New York 10022
Tel. No. (212) 681-0600
Fax No. (212) 681-0300
E-Mail: rgomez@ocfblaw.com

*Counsel for Plaintiff Andrew E. Roth*